UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND B. MIMS,

    Appellant,

v.                                     Case No: 8:22-cv-1297-CEH

ELIGIA JODI MARTELIZ,

    Appellee.
_____/

## ORDER

Before the Court is Appellant's Notice of Voluntary Dismissal (Doc. 4). In accord with the Notice of Voluntary Dismissal, it is **ORDERED**:

1) This cause is dismissed.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 24, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record